UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAMON CASTANEDA,

      Plaintiff,

  v.                                          NO. CIV. S-06-305 LKK/DAD

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY, a corporation,

      Defendant.
_____/

**ORDER OF RECUSAL AND REASSIGNMENT**

    It appearing to the undersigned, the judge to whom this case is presently assigned for all purposes, that the provisions of 28 U.S.C. § 455 mandate the disqualification of the undersigned;

    IT IS HEREBY ORDERED that:

    1.   The undersigned recuses himself as the judge to whom this case is assigned; and

////

////

////

1

1  2.   All currently scheduled dates in the above-captioned
2  action are **VACATED.**
3  IT IS SO ORDERED.
4  DATED:  February 22, 2006.

```
                           /s/Lawrence K. Karlton
                           LAWRENCE K. KARLTON
                           SENIOR JUDGE
                           UNITED STATES DISTRICT COURT
```

8  IT IS FURTHER ORDERED that:
9  1.  This case is REASSIGNED to the Honorable Ralph R.
10 Beistline;
11 2.  The Clerk of the Court is directed to make appropriate
12 adjustments in the assignments of civil cases to compensate for
13 such reassignment;  and,
14 3.  No magistrate judge from this district shall be assigned
15 to the case.  If Judge Beistline requires the assistance of a
16 magistrate judge, the court will arrange for the assignment of a
17 magistrate judge from a different district.
18 DATED:  February 22, 2006.

```
                           DAVID F. LEVI
                           Chief United States District Judge
```

2