1  GUY KORNBLUM & ASSOCIATES
   GUY O. KORNBLUM  Bar No. 39974.
2  WALTER G. CRUMP  Bar No. 203743
   MARIA MANNING  Bar No. 239830
3  1388 Sutter Street, Suite 820
   San Francisco, California 94109
4  Telephone  (415) 440-7800
   Facsimile:  (415) 440-7898
5
   Attorneys for Plaintiff
6  RAMON CASTANEDA

7
   SEDGWICK, DETERT, MORAN & ARNOLD LLP
8  BRUCE D. CELEBREZZE  Bar No. 102181
   DENNIS G. ROLSTAD  Bar No. 150006
9  MICHELLE Y. McISAAC  Bar No. 215294
   One Market Plaza
10 Steuart Tower, 8th Floor
   San Francisco, California 94105
11 Telephone: (415) 781-7900
   Facsimile: (415) 781-2635
12
   Attorneys for Defendant
13 HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY

14                    UNITED STATES DISTRICT COURT
15                   EASTERN DISTRICT OF CALIFORNIA
16

17
   RAMON CASTANEDA,                    CASE NO. 06-00305 RRB
18
        Plaintiff,                     **STIPULATION AND [PROPOSED]**
19                                      **ORDER RE DISMISSAL OF ENTIRE**
        v.                              **ACTION WITH PREJUDICE**
20
   HARTFORD LIFE AND ACCIDENT
21 INSURANCE COMPANY, a corporation,
   and DOES 1 through 50, inclusive,
22
        Defendants.
23

24

25     IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN plaintiff Ramon

26 Castaneda and defendant Hartford Life and Accident Insurance Company, by and through their

27 respective attorneys of record herein, that the parties have resolved this matter in its entirety, and

28 that the parties to date have complied with the written settlement agreement.

                                      -1-              CASE NO. 06-00305 RRB
       STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

1    IT IS THEREFORE STIPULATED AND AGREED that this entire action, including the

2  complaint and any counter-claim on file herein, shall be dismissed with prejudice, each party to

3  bear his or its own attorneys' fees and costs.

4  DATED:  May 17, 2006          GUY KORNBLUM & ASSOCIATES

5

6

7                                          By:s/Guy O. Kornblum
                                              GUY O. KORNBLUM
                                              WALTER G. CRUMP
8                                             Attorneys for Plaintiff
                                              RAMON CASTANEDA

9

10  DATED:  May 24, 2006          SEDGWICK, DETERT, MORAN & ARNOLD LLP

11

12

13                                         By:s/Dennis G. Rolstad
                                              DENNIS G. ROLSTAD
                                              MICHELLE Y. McISAAC
14                                            Attorneys for Defendant
                                              HARTFORD LIFE AND ACCIDENT INSURANCE
15                                            COMPANY

16

17                                         ORDER

18      IT IS SO ORDERED.

19

20  DATED: 6/5/06
                                              JUDGE OF THE UNITED STATES DISTRICT COURT

21

22

23

24

25

26

27

28